1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BALDWIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>IMG WORLDWIDE, INC., an Ohio corporation,<br><br>　　　　Defendant. | CASE NO. 2:10-cv-02408-GW (SSx)<br><br>**ORDER RE JOINT STIPULATION REGARDING (1) EXTENSION OF TIME FOR PARTIES TO SUBMIT POST-HEARING SUPPLEMENTAL BRIEFING; AND (2) CONTINUANCE OF STATUS CONFERENCE AND HEARING DATE**<br><br>Complaint Filed: April 2, 2010<br><br>Hon. George H. Wu<br>Old Hearing Date: June 24, 2010<br>New Hearing Date: July 19, 2010<br>Time　　　　: 8:30 a.m.<br>Courtroom　　: 10 |

1  Having reviewed the Joint Stipulation regarding (1) Extension of Time for
2  Parties to Submit Post-Hearing Supplemental Briefing; and (2) Continuance of Status
3  Conference and Hearing Dates [Docket No. __], and good cause appearing therefore,
4  the Court hereby orders as follows:
5      1.    IMG's Supplemental Briefing is due on **June 28, 2010**
6      2.    Baldwin's Supplemental Briefing is due on **July 9, 2010**.
7      3.    Status Conference is continued to **July 15, 2010 at 8:30 a.m.**  The parties
8  may appear telephonically.
9      3.    Hearing on Motion to Dismiss is continued to **July 19, 2010 at 8:30 a.m**.

**IT IS SO ORDERED.**

DATED: June 21, 2010  _____
The Hon. Judge George H. Wu

1

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **[PROPOSED] ORDER RE JOINT STIPULATION REGARDING (1) EXTENSION OF TIME FOR PARTIES TO SUBMIT POST-HEARING SUPPLEMENTAL BRIEFING; AND (2) CONTINUANCE OF STATUS CONFERENCE AND HEARING DATE** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

| | |
|---|---|
| Adam J. Kaiser, Esq. | Jeffrey L. Kessler, Esq. |
| akaiser@dl.com | jkessler@dl.com |

Matthew McDonnell Walsh
mwalsh@dl.com

Executed June 9, 2010, at Los Angeles, California.

   /s/ Mark T. Cramer
Mark T. Cramer