MARK HOLSCHER (139582)
mark.holscher@kirkland.com
JEFFREY S. SINEK (135508)
jeff.sinek@kirkland.com
TANYA L. JACKSON (267975)
tanya.jackson@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
IMG WORLDWIDE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BALDWIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>IMG WORLDWIDE, INC., an Ohio corporation,<br><br>　　　　Defendant. | CASE NO. 2:10-cv-02408-GW (SSx)<br><br>**DEFENDANT IMG'S NOTICE OF MOTION TO TRANSFER VENUE**<br><br>Complaint Filed: April 2, 2010<br><br>Hon. George H. Wu<br>Hearing Date : September 9, 2010<br>Time　　　　: 8:30 a.m.<br>Courtroom　　: 10 |

1  PLEASE TAKE NOTICE that on September 9, 2010 at 8:30 a.m. or as soon
2  thereafter as may be heard in Courtroom 10 of the above-entitled Court, located at 312
3  North Spring Street, Los Angeles, California, Defendant IMG Worldwide, Inc.
4  ("IMG") will and hereby does move the Court for an Order granting the relief sought
5  by this Motion.

6  Defendant's Motion is and will be based on this Notice of Motion; the
7  Memorandum of Points and Authorities in Support of the Motion; Declaration of
8  Jeffrey S. Sinek; any Reply; and any oral argument that may be presented at the
9  hearing on this matter.

10  As required by Local Rule 7-3, counsel for the parties conferred on this motion
11  on July 29, 2010, but were unable to reach an informal resolution.

DATED: August 12, 2010

Respectfully submitted,

KIRKLAND & ELLIS LLP

  /s/ Mark Holscher
Mark Holscher
Jeffrey S. Sinek
Tanya L. Jackson

Attorneys for Defendant
IMG WORLDWIDE, INC.

1

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing **DEFENDANT IMG'S NOTICE OF MOTION TO TRANSFER VENUE** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Adam J. Kaiser, Esq.  
akaiser@dl.com

Jeffrey L. Kessler, Esq.  
jkessler@dl.com

Matthew McDonnell Walsh, Esq.  
mwalsh@dl.com

Executed August 12, 2010, at Los Angeles, California.

            /s/ Mark Holscher  
            Mark Holscher