MATTHEW M. WALSH, SBN 175004
e-mail: mwalsh@dl.com
DEWEY & LeBOEUF LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071-1530
Telephone: (213) 621-6000
Facsimile: (213) 621-6100

JEFFREY L. KESSLER (*pro hac vice*)
ADAM J. KAISER (*pro hac vice*)
DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

Attorneys for Plaintiff
MATTHEW BALDWIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BALDWIN,<br><br>           Plaintiff,<br><br>      v.<br><br>IMG WORLDWIDE, INC., an Ohio corporation,<br><br>           Defendant. | Case No. 2:10-cv-02408-GW (SSx)<br><br>Hon. George H. Wu<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint filed: April 2, 2010<br><br>Date:         October 7, 2010<br>Time:        8:30 a.m.<br>Courtroom:  10 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT ON October 7, 2010, at 8:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 10 of the above-entitled court, located at 312 N. Spring Street, Los Angeles, California 90012, Plaintiff Matthew Baldwin will and hereby does move this Court for entry of summary judgment. Pursuant to L.R. 7-3, counsel for the parties conferred on July 22 and July 29 and were unable to reach a resolution.

This motion for summary judgment is made pursuant to Federal Rule of Civil Procedure 56. Baldwin seeks a declaratory judgment that Paragraph 6 of the Employment Agreement, entitled "Representation of Existing and Prospective Clients, Properties and Customers," a non-solicitation covenant that purports to preclude Baldwin from soliciting his former clients for two years, is void under Cal. Bus. & Prof. Code § 16600 and public policy and thus unenforceable.

This Motion is based on this Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities; Third Declaration of Matthew Baldwin; Declaration of Matthew Walsh; Uncontroverted Statement of Facts and Conclusions of Law; [Proposed] Judgment; and such oral and documentary evidence or oral argument as may be presented by counsel at the hearing.

Dated: August 19, 2010

DEWEY & LeBOEUF LLP

By: _____
Matthew Walsh

Attorneys for Plaintiff
MATTHEW BALDWIN

LA1 261343