UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2408-GW(SSx) | Date | August 26, 2010 |
|---|---|---|---|
| Title | *Matthew Baldwin v. IMG Worldwide, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | Wil Wilcox | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Matthew McDonnell Walsh | Mark C. Holscher |

**PROCEEDINGS:** **DEFENDANT IMG WORLDWIDE, INC.'S MOTION TO DISMISS (filed 04/22/10)**

The Court confers further with counsel regarding the above-entitled motion.

For reasons stated on the record, the Defendant IMG Worldwide, Inc.'s Motion to Dismiss is **taken under submission.** Court to issue ruling.

:    10

Initials of Preparer    JG