1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BALDWIN,<br><br>    Plaintiff,<br><br>vs.<br><br>IMG WORLDWIDE, INC., an Ohio corporation,<br><br>    Defendant. | CASE NO. 2:10-cv-02408-GW (SSx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DELAY COURT'S RULING ON IMG'S MOTION TO DISMISS AND TO MODIFY BRIEFING SCHEDULE ON IMG'S MOTION TO TRANSFER**<br><br>Complaint Filed: April 2, 2010<br><br>The Honorable George H. Wu<br><br>Hearing Date: September 30, 2010<br>Time:    8:30 a.m.<br>Courtroom:  10 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DELAY COURT'S RULING ON IMG'S
MOTION TO DISMISS AND TO MODIFY BRIEFING SCHEDULE ON IMG'S MOTION TO TRANSFER

Having reviewed the parties' Joint Stipulation and good cause appearing therefor, the Court hereby orders as follows:

1. The Court will defer issuing its ruling on IMG's Motion to Dismiss until no earlier than September 9, 2010.

2. Baldwin's opposition to IMG's Motion to Transfer Venue shall be filed on or before September 8, 2010.

**IT IS SO ORDERED.**

Dated: September 2, 2010

_____
The Honorable George H. Wu
United States District Judge