MATTHEW M. WALSH (SBN 175004)
e-mail: mwalsh@dl.com
DEWEY & LEBOEUF LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
Tel: (213) 621-6000 Fax: (213) 621-6100

JEFFREY L. KESSLER (admitted *pro hac vice*)
e-mail: jkessler@dl.com
ADAM J. KAISER (admitted *pro hac vice*)
e-mail: akaiser@dl.com
DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

Attorneys for Plaintiff
MATTHEW BALDWIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BALDWIN, | Case No. CV10-02408 GW (SSx) |
| Plaintiff, | Hon. George H. Wu |
| v. | **NOTICE OF DISMISSAL** |
| IMG WORLDWIDE, INC., an Ohio corporation, | Complaint Filed: April 2, 2010 |
| Defendant. | |

1  Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure,
2  plaintiff Matthew Baldwin hereby dismisses all of his claims in the instant action
3  with prejudice.

Dated: September 14, 2010                         DEWEY & LeBOEUF LLP

By: _____/s Matthew Walsh_____
         Matthew Walsh

Attorneys for Plaintiff
MATTHEW BALDWIN

LA1 261805

**Dewey & LeBoeuf LLP**
333 South Grand Avenue
Suite 2600
Los Angeles, CA, 90071-1530

1
NOTICE OF DISMISSAL