**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BALDWIN,<br><br>        Plaintiffs,<br><br>  v.<br><br>IMG WORLDWIDE, INC.,<br><br>        Defendants. | Case No. CV 10-2408-GW(SSx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiff Matthew Baldwin hereby dismisses all of his claims in the instant action with prejudice.

Dated: September 16, 2010

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE